ELECTRONICALLY FILED
Jefferson County Circuit Court
Barbara A. Collins, Circuit Clerk
2021-Mar-19  15:49:47
35CV-21-155
C11WD02 : 2 Pages

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
CIVIL DIVISION

**KRYSTAL GRIFFIN**                                                 **PLAINTIFF**

**VS**                   **CASE NO. 35CV-21-_____**

**RONALD ROCKET; AND, ROCKET EXPRESS, LLC**       **DEFENDANTS**

## COMPLAINT

COMES the Plaintiff, **KRYSTAL GRIFFIN**, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**; and , for this Complaint, she states:

### PARTIES & JURISDICTION

1. Plaintiff, Krystal Griffin, is a citizen and resident of Pine Bluff, Arkansas, who was operating her vehicle in a lawful and safe manner on or about September 28, 2020. Ronald Rocket was a resident and citizen of the State of Florida, who was operating am 18-wheeler on behalf of Defendant, Rocket Express, LLC, whose primary place of business is Florida. This is an action in tort for negligence. Accordingly, this Court has personal and subject matter jurisdiction. Since the events giving rise to this action arose in this county, venue is proper.

### GENERAL ALLEGATIONS OF FACTS

2. On September 28, 2020, Plaintiff was operating her vehicle in a proper and safe manner.

3. Ronald Rocket was operating an 18-wheeler, operating an interstate commerce for Rocket Express, LLC.

4. Plaintiff was traveling East through an intersection located in Jefferson County, Arkansas, when Defendant moved to the center lane colliding into Plaintiff.

5. As a result of the accident, Plaintiff's vehicle was totaled and she has incurred medical bills that she would not have otherwise incurred.

**EXHIBIT A**

6. Defendant had a duty to operate his vehicle in a lawful and safe manner, as well as keep a proper lookout.

7. However, Defendant breached this duty.

8. As a direct and proximate cause of Defendant's breach of this duty, Plaintiff has suffered severe mental and emotional distress, incurred medical bills, loss of credit, and her vehicle was totalled.

## JURY DEMAND

9. Plaintiff prays for a trial by jury.

**WHEREFORE**, Plaintiff, **KRYSTAL GRIFFIN**, prays for appropriate compensatory and punitive damages against the Defendants in an amount to be determined at trial, for attorneys' fees and costs, trial by jury and all other proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501/315-1910 Office
501/315-1916 Facsimile
Attorneys for the Plaintiff

By: /s/ Luther Oneal Sutter
Luther Oneal Sutter, Esq., ARBN 95-031
luther.sutterlaw@gmail.com

By: /s/ Lucien R. Gillham
Lucien R. Gillham, Esq. ARBN 99-199
lucien.gillham@gmail.com