IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRYSTAL GRIFFIN**                                                                         **PLAINTIFF**

v.                                          **Case No.: 4:21-cv-00681**

**RONALD LOCKETT,** *et al.*                                               **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the text Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed without prejudice.

IT IS SO ADJUDGED this 16th day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE